

**NORTH CAROLINA WESTERN**
**MEMORANDUM**

**Date:** December 28, 2021
**To:** The Honorable Frank D. Whitney
U.S. District Court Judge
**From:** Jake Stoltenberg, USPO
**Subject:** **David Martel Carson**
Case Number: 3:15CR00036-1
**Request to Destroy Seized Property**

---

On 07/05/2018, a Samsung Galaxy cell phone was seized from David Martel Carson during his arrest for an underlying Supervised Release Violation. At the time of the arrest, the defendant also was charged with possession of cocaine and suspected of possession of a firearm. The cell phone on his person at the time of his arrest was seized as evidence. The phone has remained in the possession of the United States Probation Office since his arrest on 7/5/2018. I have attempted on multiple occasions to contact Mr. Carson and have been unable to orchestrate return of his seized cell phone. Due to this fact, this officer would respectfully request that Your Honor order the destruction of the seized cell phone as it is now considered abandoned property.

Thank you for your time and attention in this matter. Please do not hesitate to contact me at 704-591-9875, should you have any questions.

---

THE COURT ORDERS:

☒ Destroy Seized Property as Requested
☐ Do Not Destroy Seized Property
☐ Return Seized Property to the Defendant

Signed: December 28, 2021

_____
Frank D. Whitney
United States District Judge